3:14mc123

FILED
CHARLOTTE, NC
JUL 22 2014
US District Court
Western District of NC

# RESOLUTION

### Bring a Child to Court Day

**WHEREAS**
The Board of Judges for the United States District and Bankruptcy Court of the Western District of North Carolina have declared August 4, 2014, as Bring a Child to Court Day for the Asheville/Bryson City/Shelby Division of the Western District of North Carolina; and

**WHEREAS**
There are over 100 guests expected for this event, including over 25 children; and

**WHEREAS**
The Committee organizing this event has planned a Mock Trial for the benefit of the children to appreciate and understand the federal court system; and

**WHEREAS**
This event is to conclude with a catered luncheon for all the participants;

That the Clerk of Court is directed to reserve the Ceremonial Courtroom, Courtroom Number Two, in the Asheville Federal Courthouse for this event on August 4, 2014.

**SO ORDERED, THIS 10TH DAY OF JULY, 2014.**

_____
Frank D. Whitney, Chief
United States District Judge

_____
Richard L. Voorhees
United States District Judge

_____
Robert J. Conrad, Jr.
United States District Judge

_____
Martin Reidinger
United States District Judge

_____
Max O. Cogburn, Jr.
United States District Judge

_____
Graham C. Mullen, Senior
United States District Judge